# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/14/2015 6:12:13 AM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12 - 15  -  00228  - CR**

Trial Court Style:  The State of Texas VS James Carlton Cox, III

Trial Court & County: ___Trinity County___    Trial Court No.: ___258th District Court___

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: ___12/9/2015___

Anticipated Number of Pages of Record: ___Volumes 1 and Volumes 2, 150 pages___

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record: ___I have the following appellate criminal records to work on, all filed before this appeal:___

| | | |
|---|---|---|
| 09-15-00145-CR | 11323 | Christopher S. Harden |
| 09-15-00277-CR | 23943 | Daniel Lamar Rogers |
| 09-15-00278-CR | 23414 | Clifton Leon Munday, Jr. |
| 09-15-00270-CR | 23679 | Clifton Leon Munday, Jr. |
| 12-15-00209-CR | 9947 | Kulwant Gill |
| 09-15-00316-CR | 21199 | Troy Jamarcus Garner |
| 09-15-00317-CR | 23184 | *Troy Jamarcus Garner* |

☐    Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ___2/9/2016___ ,

and **I hereby request an additional ___60___ days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

  12/10/2015

Date                                                    Signature

  s/s Krista Strouse
Office Phone Number          936-334-6273          Printed Name

krista.strouse@co.polk..tx.us
E-mail Address (if available)                    Official Title Official Reporter, 258th District Court

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                Lead Counsel for **APPELLEE(S)**:

Name:_____          Name:

Address:_____          Address:

_____

Phone no.:_____          Phone no.:

Attorney for:_____          Attorney for:

Lead Counsel for **APPELLANT(S)**:                Lead Counsel for **APPELLEE(S)**:

Name:_____          Name:

Address:_____          Address:

_____

Phone no.: _____    Phone no.:

Attorney for: _____    Attorney for:


Additional                    information,                    if                    any: